IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY GENE BURKS**  **PLAINTIFF**
**ADC # 141354**

v.  CASE NO. 4:21-CV-00005-BSM

**DEXTER PAYNE, Director, ADC**  **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 3] is adopted and this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE