IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY GENE BURKS**  **PLAINTIFF**
**ADC # 141354**

v.   CASE NO. 4:21-CV-00005-BSM

**DEXTER PAYNE, Director, ADC**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE